UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24110-Civ-COOKE/WHITE
Case No. 14-20140-Cr-COOKE

KIM BELL,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER PARTIALLY ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ISSUING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On January 13, 2016, Judge White issued a Report of Magistrate Judge ("Report") (ECF No. 10) recommending that (i) the Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be denied, (ii) a certificate of appealability not be issued, and (iii) this case be closed. Ms. Bell filed objections to the Report on February 2, 2016. (ECF No. 11). I have considered Judge White's Report and Recommendation, and the objections thereto, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation clear, cogent, and compelling on the merits of the case. But I do believe a certificate of appealability is warranted in this matter.

Accordingly, it is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation (ECF No. 10) with respect to the merits of the case is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that, pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, a Certificate of Appealability shall issue since I believe that, because of recent and pending developments with the Armed Career Criminal Act, 18 U.S.C. § 924(e), "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve

encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability).

  **DONE and ORDERED** in chambers, at Miami, Florida, this 26th day of February 2016.

            */s/ Marcia G. Cooke*
            MARCIA G. COOKE
            United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*

*Counsel of record*

Kim Bell, *pro se*
02173-104
Hazelton-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 5000
Bruceton Mills, WV 26525